# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

OCTAVIA BURKS,

      **Plaintiff,**

      **v.**                                     **Case No. 24-CV-90-SCD**

CARE MANAGEMENT PLUS,

      **Defendant.**

---

## ORDER

Proceeding without the assistance of counsel, Octavia Burks filed an action alleging age discrimination and retaliation by her former employer, Care Management Plus. *See* ECF No. 1. The matter was reassigned to this court after all parties consented to the jurisdiction of a magistrate judge under 28 U.S.C. § 636(c) and Fed. R. Civ. P. 73(b). *See* ECF Nos. 2, 5, 9. On March 6, 2024, Care Management Plus moved to dismiss the complaint for failure to state a claim. *See* ECF Nos. 6, 7. Burks had until April 1, 2024, to respond to that motion. *See* E.D. Wis. Civ. L. R. 7(b) (providing 21 days to respond to a motion to dismiss); Fed. R. Civ. P. 6(d) (adding 3 days to deadlines when a party is served via mail); Fed. R. Civ. P. 6(a)(1)(C) (explaining that if a deadline would fall on a Saturday or Sunday, the filing period continues to run until the end of the next day that is not a weekend or legal holiday). That deadline has passed, and Burks has not filed a response brief.

I will provide Burks another opportunity to respond to Care Management Plus's motion to dismiss. Burks' brief is now due by **April 30, 2024**. If Burks fails to file a response by April 30, I will address the defendant's motion without the benefit of hearing from her.

**SO ORDERED** this 11th day of April, 2024.

_____
STEPHEN C. DRIES
United States Magistrate Judge